AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

David Leroy Cunningham

                                    **JUDGMENT IN A CIVIL CASE**

                    v.

Airway Heights Correction Center, et al

                                    CASE NUMBER: CV-07-0075-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED  This action is DISMISSED for failure to comply with the provisions of 28 USC 2244 (b)(3)(A)

| | |
|---|---|
| 06/29/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |